**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael J. Ziegler | CHAPTER 13 |
| Natasha M. Priore-Ziegler | |
| Debtor(s) | BKY. NO. 26-22631 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel

Matthew Fissel
08 Oct 2026, 15:12:02, EDT

Matthew Fissel, Esq. (314567)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: c6b80459cc5cdbf08ba751ce9fc4c06c03e82459d5487461455f07478ad0a8f2